**HOME DEPOT USA, INC., a Delaware corporation, Plaintiff–Counter–Defendant–Appellee,**

v.

**AMORE CONSTRUCTION COMPANY, a Florida corporation, Defendant–Cross–Defendant–Counter–Claimant–Appellant,**

David Barron Land Development, Inc., a Florida corporation, Defendant–Cross–Claimant–Counter–Claimant–Appellant.

No. 09–10254
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 1, 2010.

Elizabeth Koebel Russo, Russo Appellate Firm, P.A., South Miami, FL, David Eric Gurley, Gurley Dramis & Lazo PA, Sarasota, FL, for Plaintiff–Counter–Defendant–Appellee.

C. Berk Edwards, Fort Myers, FL, for Defendant–Cross–Defendant–Counter–Claimant–Appellant.

Gerald W. Pierce, Gerald W. Pierce, P.A., Fort Myers, FL, for Defendant–Cross–Claimant–Counter–Claimant–Appellant.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

In this case, the district court, following a bench trial, found for plaintiff Home Depot on its claim for declaratory relief and against defendants Amore Construction and David Barron Land Development on their counterclaims for breach of contract, unjust enrichment, quantum meruit, and negligent misrepresentation. After hearing oral argument of counsel in defendants' appeal, we agree with the district court, for the reasons stated in its disposi-

tive order of December 15, 2008, that the defendants' counterclaims lack merit.

AFFIRMED.